**STATE of Missouri, Respondent,**

v.

**Victor R. HERNESTO, Appellant.**

**No. WD 70899.**

Missouri Court of Appeals,
Western District.

Oct. 19, 2010.

Susan L. Hogan, Kansas City, MO, for Appellant.

John W. Grantham, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, C.J., JAMES EDWARD WELSH, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Victor R. Hernesto appeals the circuit court's judgment convicting him of robbery in the first degree. We affirm. Rule 30.25(b).